# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             NO. 4:24-cr-00141-JM-3

SHERRY ELIZABETH SHOFFIT             DEFENDANT

## **ORDER**

The government has filed a Motion to Dismiss Indictment as to the above-named defendant in this matter. The motion is GRANTED. (Doc. No. 83). The Indictment is hereby dismissed as to defendant Sherry Elizabeth Shoffit.

IT IS SO ORDERED this 7th day of July, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE